Gondephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Frank Hall,

                                  Plaintiff,

-against-

Sarrica, Frank- Shield #2255, et al.,

                                Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 7315 (PGG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

[Remainder of Page Left Intentionally Blank]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/15

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
      Nov. 13th, 2015

Frank Hall, 349-14-11814  
*Plaintiff* Pro Se  
George Mothcan Detention Center  
15-15 Hazen Street  
East Elmhurst, New York 11370

By: _____  
Frank Hall  
*Plaintiff* Pro Se

ZACHARY W. CARTER  
Corporation Counsel of the  
  City of New York  
*Attorney for Defendants*  
100 Church Street, 3rd Floor  
New York, New York 10007

By: _____ 12-1-15  
Peter Fogarty  
*Assistant Corporation Counsel*

SO ORDERED:

_____  
HON. PAUL G. GARDEPHE  
UNITED STATES DISTRICT JUDGE

Dated: Dec. 8, 2015